■ In the Matter of the LEGAL AID SOCIETY OF THE CITY OF NEW YORK et al., Petitioners, v HAROLD ROTHWAX et al., Respondents. — Application for an order in the nature of writ of mandamus, granted, without costs or disbursements. Petitioners, by this original CPLR article 78 proceeding, seek to compel respondent to permit petitioners to withdraw as counsel to defendant in a criminal action. The facts and circumstances giving rise to the application are substantially the same as those in *Matter of Legal Aid Soc. of City of N. Y. v Rothwax* (69 AD2d 801). Accordingly, the petition is granted for the reasons there stated. Concur — Ross, J. P., Asch, Fein and Alexander, JJ.

Bloom, J., concurs in a memorandum as follows: While I still adhere to the views expressed by me in my dissent in *Matter of Legal Aid Soc. of City of N. Y. v Rothwax* (69 AD2d 801, 802), I am constrained by the memorandum of the court in that case. Accordingly, and with some reluctance, I join in the granting of the application.